# Restricted Access

No Public or Unofficial Staff Use

# Presentence Report

☑ Clerk's Copy

☐ Judge's Copy



RECOMMENDATION
CONFIDENTIAL RULE 32(c) (3)

United States District Cour
Southern District of Texas
FILED

FEB 1 1 2005

Michael N. Milby, Clerk

File Stamp

**SALEH ELDIN EL HAGE**
**DKT. NO.: 5:04CR02014-001**

# Restricted Access